**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date:  **April 23, 2010**          Time:  3 minutes

**C-10-00165** CRB

**WAYFARER AVIATION  v.  HALSEY MCLEAN MINOR**

Attorneys:   Rosemary Taft          No Appearance

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Not reported**

**PROCEEDINGS:**                         **RULING:**

1. Initial Case Management Conference  -  Held

2.

3.

**ORDERED AFTER HEARING:**

 Discovery limited to the invoices.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____
( ) Referred to Magistrate Judge for:

(X) CASE CONTINUED TO July 23, 2010 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____     Expert Discovery Cut-Off _____
Plntf to Name Experts by _____  Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____  Set for _____ days
                         Type of Trial:  ( )Jury    ( )Court

Notes: