COREY & COREY
Edward E. Corey (CA Bar No. 124900)
*Local Counsel for Plaintiff Wayfarer Aviation, Inc.*
3580 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90010
Tel: (213) 385-7003; Fax: (213) 385-6903
E-mail: eec@corey-corey.com

WELTMAN, WEINBERG & REIS CO., L.P.A.
George R. Hicks, Jr., pro hac vice (Ohio Bar No. 0040750)
*Lead Counsel for Plaintiff Watfarer Aviation, Inc.*
Lakeside Place, Suite 200
323 Lakeside Avenue, West
Cleveland, OH 44113
Phone: (216) 685-1108
Fax: (216) 685-4345
E-mail: ghicks@weltman.com

PIERCE & SHEARER LLP
Andrew Field Pierce
*Lead Counsel for Defendant, Halsey Minor, Trustee*
2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303
Phone: (650) 843-1900
Fax: 650-843-1999
Email: apierce@pierceshearer.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYFARER AVIATION, INC., | CASE NO. 3:10-cv-00165-CRB |
| Plaintiff, | [Hon. Charles R. Breyer] |
| v. | [~~PROPOSED~~] |
| THE HALSEY MCLEAN MINOR REVOCABLE TRUST U/A/D 11/2/2004, | **ORDER/BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

Now comes the Parties, Plaintiff Wayfarer Aviation, Inc. (hereinafter "Plaintiff") and

Defendant Halsey Minor, Trustee of the Halsey McLean Minor Revocable Trust (hereinafter

**PROPOSED ORDER/BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

1  "Defendant"), and hereby submits the following Proposed Order/Briefing Schedule for Plaintiff's
2  Motion for Summary Judgment:

    Plaintiff's Motion for Summary Judgment:  October 20, 2010

    Defendant's Response Brief in Opposition to Summary Judgment:  November 22, 2010

    Plaintiff's Reply Brief in Support of Summary Judgment:  December 3, 2010

    Hearing on Plaintiff's Motion for Summary Judgment:  December 10, 2010

IT IS SO ORDERED,

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Dated: September 20, 2010    COREY & COREY

 /s/ Edward E. Corey
By:  Edward E. Corey (CA Bar No. 124900)
Local Counsel for Plaintiff Wayfarer Aviation, Inc.

Dated: September 20, 2010    PIERCE & SHEARER LLP

 /s/ Andrew Field Pierce
By:  Andrew Field Pierce
Lead Counsel for Defendant, Halsey Minor, Trustee

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

**PROPOSED ORDER/BRIEFING SCHEDULE FOR
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**