Andrew F. Pierce, Esq. (State Bar No. 101889)
Peter Shearer, Esq. (State Bar No. 142176)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA  94303
Phone (650) 843-1900
Fax     (650) 843-1999

Attorneys for Defendant Halsey McLean Minor, Trustee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYFARER AVIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE HALSEY McLEAN MINOR REVOCABLE TRUST U/A/D 11/2/2004, <br><br> Defendant. | Case No. C10-00165 CRB <br><br> [~~PROPOSED~~] ORDER RE SUBSTITUTION OF ATTORNEY <br><br> [Civil L.R. 11-5] <br><br> Action Filed: January 13, 2010 <br> Trial Date:    TBD <br><br> Hon. Charles R. Breyer |

1.  In or around February 2010, Defendant retained the law firm of Pierce & Shearer, LLP ("Pierce & Shearer") to represent him in the above-titled action;

2.  On February 26, 2010, Pierce & Shearer, LLP filed a Answer to the Complaint in this action in the United States District Court for the Northern District of California;

3.  On August 26, 2010, a Case Management Conference was held in front of the Honorable Charles R. Breyer and the date of December 10, 2010 was set for Plaintiff's Motion for Summary Judgment was set. The briefing schedule was set as follows:

   a. October 20, 2010: Plaintiff's deadline to file & serve Motion for Summary Judgment;

   b. November 22, 2010: Defendant's Response Brief in Opposition to Summary Judgment;

   c. December 3, 2010: Plaintiff's Reply Brief in Support of Summary Judgment.

4.  At this stage, Defendant wishes to represent himself, in pro per, as attorney of record instead of Pierce & Shearer until he finds replacement counsel. He requests a 90 day continuance of the briefing schedule.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

Defendant Halsey McLean Minor is substituted in pro per as attorney of record instead of Pierce & Shearer, LLP. The briefing schedule and hearing date on plaintiff's motion for summary judgment is continued by 90 days.

Dated: Nov. 22, 2010



The Honorable Charles R. Breyer
Judge of the United States District Court for
The Northern District of California

-1-