UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WAYFARER AVIATION,

        Plaintiff,

  v.

HALSEY MCLEAN MINOR et al,

        Defendant.

Case Number: CV10-00165 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Halsey McLean Minor Revocable Trust U/A/D 11/2/2004
199 Fremont Street
San Francisco, CA 94105

Dated: November 24, 2010

        Richard W. Wieking, Clerk

        By: Barbara Espinoza, Deputy Clerk