IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYFARER AVIATION,<br><br>    Plaintiff,<br><br>v.<br><br>HALSEY MCLEAN MINOR,<br><br>    Defendant.<br>_____/ | No. C 10-00165 CRB<br><br>**ORDER TO SHOW CAUSE** |

On October 19, 20101, Plaintiff Wayfarer Aviation moved for summary judgment in this case. See dckt. no. 23. Despite the Court's grant of Defendant's request to continue the briefing schedule and hearing date for Plaintiff's Motion by 90 days, see dckt. nos. 24, 30, Defendant has still not filed an Opposition. That Opposition was due on February 25, 2011. See dckt. no. 31 (clerk's notice). Therefore, the Court ORDERS Defendant to show cause **by 5:00 p.m. on Monday, March 7, 2011** why Plaintiff's Motion should not be granted.

**IT IS SO ORDERED.**

Dated: March 2, 2011

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\165\OSC.wpd