IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYFARER AVIATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HALSEY MCLEAN MINOR,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 10-00165 CRB<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Wayfarer Aviation moved for summary judgment on October 19, 2010. See dckt. no. 23. The Court granted Defendant's request to continue the briefing schedule and hearing date for Plaintiff's Motion by 90 days. See dckt. nos. 24, 30. Defendant's Opposition was due on February 25, 2011. See dckt. no. 31 (clerk's notice). Despite this extension, Defendant did not file an Opposition. On March 3, 2011, the Court directed Defendant to show cause by 5:00 on March 7, 2011 why Plaintiff's Motion should not be granted. See dckt. no. 33. Defendant did not respond to the Order to Show Cause, nor file an Opposition to Plaintiff's Motion. Accordingly, Plaintiff's Motion for Summary Judgment is GRANTED, and the motion hearing on calendar for March 18, 2011 is VACATED.

**IT IS SO ORDERED.**

Dated: March 8, 2011

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\165\Order granting SJ.wpd