UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WAYFARER AVIATION,

        Plaintiff,

  v.

HALSEY MCLEAN MINOR et al,

        Defendant.

Case Number: CV10-00165 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, The
199 Fremont Street
San Francisco, CA 94105

George R. Hicks
Michael F. Schmitz
Rosemary Taft Milby
Weltman, Weinberg & Reis Co., L.P.A.
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113

Dated: March 8, 2011

Richard W. Wieking, Clerk

By: Barbara Espinoza, Deputy Clerk