IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYFARER AVIATION,

    Plaintiff,

  v.

HALSEY MCLEAN MINOR,

    Defendant.

                                /

No. C 10-00165 CRB

**JUDGMENT**

The Court, having granted Plaintiff's Motion for Summary Judgment, see dckt. no. 35, hereby enters judgment in favor of Plaintiff and against Defendant. Judgment is entered in the amount of $608,619.55.

**IT IS SO ORDERED.**

Dated: March 24, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\165\judgment.wpd