United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYFARER AVIATION,

            Plaintiff,

   v.

HALSEY MCLEAN MINOR,

            Defendant.

_____/

No. C 10-00165 CRB

**JUDGMENT**

     The Court, having granted Plaintiff's Motion for Summary Judgment, <u>see</u> dckt. no. 35, hereby enters judgment in favor of Plaintiff and against Defendant.  Judgment is entered in the amount of $608,619.55.

     **IT IS SO ORDERED.**

Dated: March 24, 2011

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\165\judgment.wpd