



NIXIE 941 DC 1 00 04/05/11
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 94102948999 *0540-04359-28-39

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

RECEIVED
APR 06 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Halsey McLean Minor Revocable Trust U/A/D 11/2/2004
199 Fremont Street
San Francisco, CA 94105

CV10-00165 CRB

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYFARER AVIATION, | No. C 10-00165 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HALSEY MCLEAN MINOR, | |
| Defendant. | |

The Court, having granted Plaintiff's Motion for Summary Judgment, see dckt. no. 35, hereby enters judgment in favor of Plaintiff and against Defendant. Judgment is entered in the amount of $608,619.55.

**IT IS SO ORDERED.**

Dated: March 24, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\165\judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WAYFARER AVIATION,

        Plaintiff,

v.

HALSEY MCLEAN MINOR et al,

        Defendant.
        _____/

Case Number: CV10-00165 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, The
199 Fremont Street
San Francisco, CA 94105

Dated: March 28, 2011

                                        Richard W. Wieking, Clerk

                                        By: Barbara Espinoza, Deputy Clerk