# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| WAYFARER AVIATION, INC., | No. C 10-0165 CRB (MEJ) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| THE HALSEY MCLEAN MINOR REVOCABLE TRUST U/A/D 11/2/2004, | |
| Defendant. | |

On May 15 and 17, 2012, Plaintiff Wayfarer Aviation, Inc. filed Applications for Order Charging Defendant/Judgment Debtor's Interests in Partnerships, with a noticed hearing date of Jun. Dkt. Nos. 55, 56.  However, Defendant/Judgment Debtor failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the August 9, 2012 hearing and ORDERS Defendant/Judgment Debtor to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Defendant/Judgment Debtor shall file a declaration by August 9, 2012. If Defendant/Judgment Debtor files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on August 23, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendant/Judgment Debtor is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading.  Thus, it is imperative that Defendant/Judgment Debtor file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: July 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WAYFARER AVIATION,                          No. C 10-00165 MEJ

         Plaintiff(s),                 **CERTIFICATE OF SERVICE**

  v.

HALSEY MCLEAN MINOR,

         Defendant(s).
                                           /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Halsey McLean Minor Revocable Trust
3810 Washington St.
San Francisco, CA 94118

Dated: July 19, 2012

                                         Richard W. Wieking, Clerk
                                         By: Rose Maher, Deputy Clerk