UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WAYFARER AVIATION, INC., | No. C 10-0165 CRB (MEJ) |
| Plaintiff, | **ORDER RE: ORDER TO SHOW CAUSE** |
| v. | |
| THE HALSEY MCLEAN MINOR REVOCABLE TRUST U/A/D 11/2/2004, | |
| Defendant. | |

On May 15 and 17, 2012, Plaintiff Wayfarer Aviation, Inc. filed Applications for Order Charging Defendant/Judgment Debtor The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's Interests in Partnerships. Dkt. Nos. 55, 56. However, Defendant/Judgment Debtor failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court ordered Defendant/Judgment Debtor to show cause why Plaintiff's motions should not be granted. The Court warned Defendant/Judgment Debtor that it would grant Plaintiff's motions without a hearing if it failed to file a responsive pleading. Dkt. No. 64. As the Halsey Trust has failed to respond to Wayfarer's motions or the order to show cause, the Court finds it appropriate to grant Wayfarer's motions. Separate orders shall issue forthwith.

**IT IS SO ORDERED.**

Dated: August 16, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYFARER AVIATION, | No. C 10-00165 MEJ |
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. | |
| HALSEY MCLEAN MINOR, | |
| Defendant(s). | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 16, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Halsey McLean Minor Revocable Trust
3810 Washington St.
San Francisco, CA 94118

Dated: August 16, 2012

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California