IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYFARER AVIATION, INC., <br> nka WAI LIQUIDATING CO., INC., <br><br> Plaintiff/Judgment Creditor, <br><br> v. <br><br> THE HALSEY MCLEAN MINOR <br> REVOCABLE TRUST U/A/D 11/2/2004, <br><br> Defendant/Judgment Debtor. <br> _____ / | No. C 10-00165 CRB <br><br> [Proposed] <br><br> **CHARGING ORDER** |

Upon review of *Plaintiff's Application For Order Charging Defendant/Judgment Debtor's Interests In Partnerships*, and for good cause shown, said Motion is hereby granted.

Pursuant to Cal Code Civ Proc § 708.310, the Court orders that the interest of the defendant and judgment debtor, The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, in any of the following partnerships ("Parties Being Charged") is hereby charged and shall be applied toward satisfaction of the Judgment entered on March 24, 2011, against The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004 and in favor of the plaintiff and judgment creditor, Wayfarer Aviation, Inc., nka WAI Liquidating Co., Ltd. ("Wayfarer"), in the amount of $608,619.55 (dckt.

no. 38). The charging order shall include The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's interests in:

    \*    Accel Internet Fund III LP
          Mailing Address:
          428 University Avenue
          Palo Alto, CA 94301

          Accel Internet Fund III LP
          Business Address:
          One Palmer Square
          Princeton, NJ 08542

    \*    Attractor QP LP
          Business and Mailing Address:
          1440 Chapin Aveue
          Burlingame, CA 94010

    \*    Benchmark Founders Fund IV-X LP
          Business and Mailing Address:
          2480 Sand Hill Road, Suite 200
          Menlo Park, CA 94025

    \*    Enterprise Products Partners L.P.
          Business and Mailing Address:
          1100 Louisiana, 10th Floor
          Houston, TX 77002 71338

    \*    Redpoint Technology Partners Q-1 LP
          Business and Mailing Address:
          3000 Sand Hill Road, Building 2, Suite 290
          Menlo Park, CA 94025

    \*    USVP VI Affiliates Fund, L.P.
          Business and Mailing Address:
          2735 Sand Hill Road
          Menlo Park, CA 94025

Pursuant to Cal Corp Code § 16504(a), the Court specifically charges the assignable interest of The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004 in the Parties Being Charged to satisfy the Judgment in this case.

Pursuant to Cal Corp Code § 16504(b), this charging order constitutes a lien on the assignable interest of The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004 in the Parties

Being Charged.  The court may order a foreclosure on the interests subject to this charging order at any time.

The Court further orders that no distribution of income of any kind or any kind of income being revenue, profits, distributions or proceeds from the sale of the Parties Being Charged hereinbefore identified, whether it be real or personal property, fixtures, intangible property, income, revenue, profits or proceeds be disbursed to The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, unless and until the Judgment balance, together with interest and costs, is paid to Wayfarer.

The Court further orders that The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004 shall account to Wayfarer upon Wayfarer's request an accounting of the The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's interest in the Parties Being Charged, and shall further account to Wayfarer for any monies, property, goods and effect due and owing, or to be due and owing to The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, by virtue of its  interests and/or ownership interests in the Parties Being Charged.

The Court further orders that The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004 is restrained from transferring, attempting to transfer, distributing, crediting, alienating, signing, giving, pledging, hypothecating or otherwise disposing of any present existing equitable legal interest in the partnership interests or otherwise in property, real, personal, mixed, tangible or intangible wheresoever located to any person or entity in said entities being the Parties Being Charged until such a time as Wayfarer's Judgment, together with interest and costs, has been satisfied, and without prior approval of the Court as the result of Wayfarer's equitable Liens on The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's interest in the Parties Being Charged.

The Court further orders that in the event any distribution is to be made by the Parties Being Charged to The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, as the result of The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's interest in the Parties Being Charged, that said distribution be made to Wayfarer, as Wayfarer has been granted a Charging

1  Order against The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's interests in the
2  Parties Being Charged.

4  IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that The Halsey McLean
5  Minor Revocable Trust U/A/D 11/2/2004's partnership interest in the Parties Being Charged is
6  charged with Wayfarer's Judgment in the amount of $608,619.55, and that in the event any
7  distribution is made by Parties Being Charged to The Halsey McLean Minor Revocable Trust
8  U/A/D 11/2/2004, that said distribution be made to Wayfarer subject Wayfarer's Charging Order,
9  and that the Parties Being Charged are hereby restrained from making any distributions of any kind
10 whatsoever to The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, until such a time as
11 Wayfarer's Judgment, together with interest and costs, has been paid and satisfied.

12 IT IS FURTHER ORDERED, ADJUDGED AND DECREED that The Halsey McLean
13 Minor Revocable Trust U/A/D 11/2/2004, is enjoined from receiving any distribution of any kind
14 whatsoever from the Parties Being Charged until such a time as Wayfarer's Judgment, together
15 with interest and costs, has been paid, and that any further distribution to be made by the Parties
16 Being Charged, which would otherwise belong to The Halsey McLean Minor Revocable Trust
17 U/A/D 11/2/2004, that said distribution be made to Wayfarer until such a time as Wayfarer's
18 Judgment, together with interest and costs, has been paid and satisfied.

19 .

20 **IT IS SO ORDERED.**

22 Dated:   August 16, 2012



_____
CHIEF
UNITED STATES MAGISTRATE JUDGE
Judge Maria-Elena James