1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | WAYFARER AVIATION, INC.,                     No. C 10-00165 CRB
12 |         Plaintiff,                           [PROPOSED]
13 |
14 |    v.                                        **CHARGING ORDER**
15 | THE HALSEY MCLEAN MINOR                      **NUNC PRO TUNC**
   | REVOCABLE TRUST U/A/D 11/2/2004,
16 |         Defendant.
17 | _____/
18

19    Upon review of *Plaintiff's Application For Order Charging Defendant/Judgment Debtor's*
20 *Membership Interests In Limited Liability Companies*, and for good cause shown, said Motion is
21 hereby granted.
22    Pursuant to Cal Code Civ Proc § 708.310, the Court orders that the interest of the defendant
23 and judgment debtor, The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, in any of the
24 following limited liability companies ("Parties Being Charged") is hereby charged and shall be
25 applied toward satisfaction of the Judgment entered on March 24, 2011, against The Halsey
26 McLean Minor Revocable Trust U/A/D 11/2/2004 and in favor of the plaintiff and judgment
27 creditor, Wayfarer Aviation, Inc., nka WAI Liquidating Co., Inc. ("Wayfarer"), in the amount of
28

**CHARGING ORDER**
1

$608,619.55 (dckt. no. 38).  The charging order shall include The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's membership interests in:

* Fox Ridge Farms Holdings, LLC
  Principal Office:
  530 E. Main Street
  Charlottesville, VA  22902

  Fox Ridge Farms Holdings, LLC
  Registered Agent:
  David H. Pettit
  530 E. Main Street
  Charlottesville, VA  22902

* Fox Ridge Farms Management, LLC
  Principal Office:
  530 E. Main Street
  Charlottesville, VA  22902

  Fox Ridge Farms Management, LLC
  Registered Agent:
  David H. Pettit
  530 E. Main Street
  Charlottesville, VA  22902

* Fox Ridge Investments, LLC
  Principal Office:
  2787 C S Farm Road
  Free Union, VA  22940

  Fox Ridge Investments, LLC
  Registered Agent:
  David H. Pettit
  530 E. Main Street
  Charlottesville, VA  22902

* Minor Management Services, LLC
  Registered Agent:
  CT Corporation System
  818 West Seventh Street, 2nd Floor
  Los Angeles, CA 90017

* Minor/O'Brien Ventures I, L.L.C.
  Principal Office:
  580 California Street, Suite 1600
  San Francisco, CA  94140

|   |   |
|---|---|
|   | Minor/O'Brien Ventures I, L.L.C.<br>Registered Agent:<br>CT Corporation System<br>818 West Seventh Street, 2nd Floor<br>Los Angeles, CA 90017 |
| * | Minor Stables, LLC<br>Registered Agent:<br>David Pettit<br>530 East Main Street<br>Charlottesville, VA  22902 |
|   | Minor Ventures, LLC<br>Registered Agent:<br>CT Corporation System<br>818 West Seventh Street, 2nd Floor<br>Los Angeles, CA 90017 |

Pursuant to Cal Corp Code § 17302(a), the Court specifically charges the assignable membership interest of The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004 in the Parties Being Charged to satisfy the Judgment in this case.

Pursuant to Cal Corp Code § 17302(b), this charging order constitutes a lien on the assignable membership interest of The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004 in the Parties Being Charged.  The court may order a foreclosure on the membership interests subject to this charging order at any time.

The Court further orders that no distribution of income of any kind or any kind of income being revenue, profits, distributions or proceeds from the sale of the Parties Being Charged hereinbefore identified, whether it be real or personal property, fixtures, intangible property, income, revenue, profits or proceeds be disbursed to The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, unless and until the Judgment balance, together with interest and costs, is paid to Wayfarer.

The Court further orders that The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004 shall account to Wayfarer upon Wayfarer's request an accounting of the The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's interest in the Parties Being Charged, and shall further account to Wayfarer for any monies, property, goods and effect due and owing, or to be due and

1   owing to The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, by virtue of its
2   membership interests and/or ownership interests in the Parties Being Charged.

3   The Court further orders that The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004
4   is restrained from transferring, attempting to transfer, distributing, crediting, alienating, signing,
5   giving, pledging, hypothecating or otherwise disposing of any present existing equitable legal
6   interest in the membership interests or otherwise in property, real, personal, mixed, tangible or
7   intangible wheresoever located to any person or entity in said entities being the Parties Being
8   Charged until such a time as Wayfarer's Judgment, together with interest and costs, has been
9   satisfied, and without prior approval of the Court as the result of Wayfarer's equitable Liens on
10  The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's interest in the Parties Being
11  Charged.

12  The Court further orders that in the event any distribution is to be made by the Parties
13  Being Charged to The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, as the result of
14  The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004 's membership interest in the Parties
15  Being Charged, that said distribution be made to Wayfarer, as Wayfarer has been granted a
16  Charging Order against The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004's
17  membership interests in the Parties Being Charged.

18  IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that The Halsey McLean
19  Minor Revocable Trust U/A/D 11/2/2004's membership interest in the Parties Being Charged is
20  charged with Wayfarer's Judgment in the amount of $608,619.55, and that in the event any
21  distribution is made by Parties Being Charged to The Halsey McLean Minor Revocable Trust
22  U/A/D 11/2/2004, that said distribution be made to Wayfarer subject Wayfarer's Charging Order,
23  and that the Parties Being Charged are hereby restrained from making any distributions of any kind
24  whatsoever to The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, until such a time as
25  Wayfarer's Judgment, together with interest and costs, has been paid and satisfied.

26  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that The Halsey McLean
27  Minor Revocable Trust U/A/D 11/2/2004, is enjoined from receiving any distribution of any kind
28  whatsoever from the Parties Being Charged until such a time as Wayfarer's Judgment, together

with interest and costs, has been paid, and that any further distribution to be made by the Parties Being Charged, which would otherwise belong to The Halsey McLean Minor Revocable Trust U/A/D 11/2/2004, that said distribution be made to Wayfarer until such a time as Wayfarer's Judgment, together with interest and costs, has been paid and satisfied.
.

**IT IS SO ORDERED.**

September 18, 2012
Dated:   ~~June _____, 2012~~



_____
                                                                       DISTRICT JUDGE